# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HIPOLITO R. HERNANDEZ-GONZALEZ,<br><br>Defendant. | Case No.: 15-CR-1028-BTM<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant Hipolito R. Hernandez-Gonzalez.

IT IS SO ORDERED.

Dated:  May 14, 2015

Barry Ted Moskowitz, Chief Judge
United States District Court